**Order entered September 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01467-CV

### CERGON, INC. D/B/A PRIMO'S BAR & GRILL AND EDWARD CERVANTES, Appellants

### V.

### CHEUNG-LOON, LLC, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 08-9267-G

## ORDER

Appellants' brief was originally due June 23, 2014, and the deadline subsequently extended to July 23, 2014. At the time the extension was requested and granted, appellants were represented by counsel. By order entered July 17, 2014, we granted appellants' counsel's motion to withdraw. In that order we cautioned appellant Cergon, Inc. d/b/a Primo's Bar & Grill that it could only appear in this Court through an attorney and, unless it notified us by August 18, 2014 of new counsel, its appeal would be dismissed. In that order, we also reset the briefing deadline to September 19, 2014.

Cergon failed to retain new counsel, and its appeal was dismissed September 9, 2014. In the order dismissing Cergon's appeal, we reiterated that Cervantes's brief was due September 19th. To date, however, Cervantes has not filed his brief.

Because the appeal cannot proceed without Cervantes's brief, we **ORDER** Cervantes to file his brief, along with an extension motion explaining the reason for the delay in filing the brief, no later than October 13, 2014. *See* TEX. R. APP. P. 10.5(b), 38.8(a)(1). We caution Cervantes that failure to comply with this order may result in dismissal of his appeal without further notice. *See id.* 38.8(a)(1), 42.3(b),(c).


/s/     CRAIG STODDART
             JUSTICE